UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD V. RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:16-cv-2640 DB<br><br><br><br>ORDER |

Plaintiff commenced this social security action on November 7, 2016. (ECF No. 1.) Both parties have previously consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c). (ECF Nos. 7 & 8.) On March 9, 2018, defendant filed a motion to strike plaintiff's motion for summary judgment. (ECF No. 22.) Plaintiff has not filed an opposition or statement of non-opposition to defendant's motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an opposition or statement of non-opposition to defendant's March 9, 2018 motion within fourteen days of the date of this order.

Dated: March 29, 2018

DLB:6
DB\orders\orders.soc sec\ramirez2640.resp.mot.ord

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE